Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Gregory Montegna


Bryan A. Merryman, Esq. (SBN: 134357)
bmerryman@whitecase.com
**WHITE AND CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329

*Attorneys for Defendant,*
Time Warner Cable Inc.

**HYDE & SWIGART**
San Diego, California

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY MONTEGNA, Individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**TIME WARNER CABLE INC.,**<br><br>Defendant. | **Case No: 3:15-cv-01841-AJB-WVG**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. ANTHONY J. BATTAGLIA** |

1  Plaintiff GREGORY MONTEGNA, (hereinafter "Plaintiff") and Defendant TIME

2  WARNER CABLE INC. (hereinafter "Defendant"), (jointly hereinafter referred to as

3  "the Parties"), hereby move to dismiss the above entitled action with prejudice as to

4  the named Plaintiff and without prejudice as to the Putative Class.

5  The Parties agree that this Court can proceed to dismiss this action entirely

6  with prejudice as to the named Plaintiff and without prejudice as to the Putative

7  Class.

8

9  Dated: November 12, 2015         **HYDE & SWIGART**

10                                           By: s/Jessica R. K. Dorman
11                                           Jessica R. K. Dorman
                                             Attorney for Plaintiff
12

13

14  Dated: November 12, 2015         **WHITE AND CASE LLP**

15                                           By: s/Bryan A. Merryman
16                                           Bryan A. Merryman
                                             Attorney for Defendant
17

18

19  **Signature Certification**

20  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
21  and Procedures Manual, I hereby certify that the content of this document is
    acceptable to Bryan A. Merryman, counsel for Defendant, and that I have obtained
22  Mr. Merryman's authorization to affix his electronic signature to this document.

23

24

25  Dated: November 12, 2015         **HYDE & SWIGART**

26                                           By: s/Jessica R. K. Dorman
27                                           Jessica R. K. Dorman
                                             Attorney for Plaintiff
28